**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Angela Cartmel, Respondent,

v.

Edward Brice Taylor, Petitioner.

Appellate Case No. 2018-000784

―――――――――――

Appeal From Aiken County
L. Casey Manning, Circuit Court Judge

―――――――――――

Memorandum Opinion No. 2019-MO-019
Heard March 28, 2019 – Filed April 3, 2019

―――――――――――

**DISMISSED AS IMPROVIDENTLY GRANTED**

―――――――――――

Robert B. Varnado and Alexis Wimberly McCumber, both of Brown & Varnado, LLC, of Mt. Pleasant, for Petitioner.

Bradford M. Owensby, of Brad Owensby Law Firm, LLC, of Aiken, for Respondent.

―――――――――――

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *Cartmel v. Taylor*, Op. No. 2018-UP-046 (S.C. Ct. App. filed Jan. 21, 2018). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**